PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

2005 OCT -4 P 1: 52

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ELBARKI, Hamed      Cr.: 96-00628-001

Name of Sentencing Judicial Officer: William G. Bassler

Date of Original Sentence: 01/06/97

Original Offense: Armed Robbery

Original Sentence: 56 Months Imprisonment

Type of Supervision: Supervised Release      Date Supervision Commenced: 09/11/01

### PETITIONING THE COURT

[ ] To extend the term of supervision for     Years, for a total term of     Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 50 hours of community service work over a period of 6 months or less, from the date this Petition is signed by the Court. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

The offender associated with a known convicted felon, and furthermore, hired this convicted felon to work for him.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 09/02/05

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Oct 2 2005
Date

PROB 49  
(3/89)

SD/FL PACTS #61807

**CONFIDENTIAL**
**DO NOT FILE   DO NOT SCAN**
**RETURN TO PROBATION**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**"The defendant shall complete fifty (50) hours of community service at the direction of the U.S. Probation Officer at a minimum rate of eight (8) hours per month."**

Witness: _____  Signed: _____
U.S. Probation Officer                         Supervised Releasee
Jeffrey I. Feldman                             Hamed Ahmed Elbarki

July 26 2005
Date